# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- | ) |
| | ) |
| Cabrera Services, Inc. | ) ASBCA No. 60039 |
| | ) |
| Under Contract Nos.  FA8903-04-D-8963 | ) |
| F41624-03-D-8593 | ) |
| F41622-02-D-9013 | ) |
| FA8900-04-D-9000 | ) |

APPEARANCE FOR THE APPELLANT:        Thomas L. McGovern III, Esq.
                                      Hogan Lovells US LLP
                                      Washington, DC

APPEARANCES FOR THE GOVERNMENT:      E. Michael Chiaparas, Esq.
                                      DCMA Chief Trial Attorney
                                      Alexander M. Healy, Esq.
                                      Trial Attorney
                                      Defense Contract Management Agency
                                      Boston, MA

## ORDER OF DISMISSAL

The dispute which is the subject of the appeal having been settled, the appeal is hereby dismissed with prejudice subject to reinstatement only in the event the settlement is not consummated. Any request to reinstate the subject appeal must be filed within 180 days of the date of this Order.

Dated:  16 December 2015

MARK N. STEMPLER
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 60039, Appeal of Cabrera Services, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals